Dennis Brown, CSBN 70284
Henry Chuang, CSBN 250628
111 North Market Street, Suite 1010
San Jose, CA 95113

*E-Filed 8/13/09*

Attorneys for Defendants:
Hyundai Syscomm Corporation, Hyundai Syscomm Inc., Apro Media Corporation, Hirsch Group, LLLP, Hirsch Capital Corporation, Hyundai RFMon, Samuel Lee, Jack Choe, David Choe, Benjamin Byun, Wallace Benjamin Garst, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., a New York Corporation<br><br>    Plaintiffs,<br>v.<br><br>HYUNDAI SYSCOMM CORPORATION, a California corporation; HYUNDAI SYSCOMM INC., a Korean Company; APRO MEDIA CORPORATION, a Delaware corporation; APRO MEDIA CO., LTD, a Korean Company; HIRSCH GROUP LLLP, a Virginia Limited Liability Company; HIRSCH CAPITAL CORPORATION, a California CorporatiOn; HYUNDAI RFMON CORPORATION, a California Corporation; SAMUEL LEE; JACK CHOE; BENJAMIN BYUN; WALLACE BENJAMIN GARST, JR.; DAVID CHOE; AND does 1 through 50;<br><br>    Defendants. | CASE NO.:  C 09-03330-RS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS COMPLAINT<br><br>[L.R. 6-1(a)]<br><br>Judge:    Honorable Richard Seeborg<br><br>Complaint Filed:  July 21, 2009<br>Trial Date: |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

This stipulation is made pursuant to Local Rule 6-1(a) and is made between Plaintiff MSGI Security Solutions, Inc. (hereinafter "MSGI") and Defendants APRO MEDIA CORPORATION, HYUNDAI SYSCOMM, CORPORATION, HYUNDAI SYSCOMM INC., HIRSCH CAPITAL CORPORATION, HYUNDAI RFMON CORPORATION, WALLACE BENJAMIN GARST, JR.,

1  DAVID CHOE, HIRSCH GROUP LLP (collectively known as "Served Defendants")  who have
2  been properly or purportedly served on or after July 23, 2009, by and through their respective
3  counsel.  The parties herein, agree and stipulate as follows:
4      A.   On or about July 21, 2009, this action was filed with the Northern District of
5          California, San Jose Division.
6      B.   On or about July 23, 2009, Plaintiff MSGI attempted to or has stated that it has
7          attempted to serve several of the defendants.
8      C.   On or about August 7, 2009, the Served Defendants contacted Plaintiff MSGI in
9          regards to an extension of time to respond.
10     D.   On or about August 7, 2009, Plaintiff's counsel agreed to extend the time to respond to
11         the Complaint in the instant Court up to and included August 21, 2009.  Defendants
12         specifically reserve the right to raise any issues in regards to service and jurisdiction.
13     E.   This stipulation does not alter the date of any event or any deadline already fixed by
14         the Court.

IT IS HEREBY STIPULATED by and between the parties to the above-entitled actions, through their respective counsel:

    1.   The parties agree that the Served Defendants have up to and including August 21, 2009 to respond to Plaintiff's Complaint

Dated:  August 11, 2009                                          **GCA LAW PARTNERS LLP**

By __/s/_____

Kathryn C. Curry
Attorneys for MSGI SECURITY SOLUTIONS,

INC.

Dated: August 11, 2009  **LAW OFFICES OF DENNIS D. BROWN**

BY_____/s/_____

Dennis D. Brown
Attorneys for Served Defendants

**AS GOOD CAUSE EXISTS, IT IS SO ORDERED:**

Dated: 8/13/09   _____
Honorable Judge Richard Seeborg