*E-Filed 8/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., a New York Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYUNDAI SYSCOMM CORPORATION, a California Corporation; HYUNDAI SYSCOMM INC., a Korean Company; APRO MEDIA CO., LTD., a Korean Company; HIRSCH GROUP LLLP, a Virginia Limited Liability Company; HIRSCH CAPITAL CORPORATION, a California Corporation; HYUNDAI RFMON CORPORATION, a California Corporation; SAMUEL LEE; JACK CHOE; BENJAMIN BYUN; WALLACE BENJAMIN GARST, JR.; DAVID CHOE; and DOES 1 through 50,<br><br>　　　　Defendants.<br>_____/ | No. 5:09-CV-3330 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

　　　Defendant Wallace Benjamin Garst, Jr., has filed a motion to dismiss, docket [17] in the above-captioned matter. Defendant Hyundai Syscomm Inc. has filed a motion to dismiss and motion to quash service of process, docket [18]. Defendants Hyundai Syscomm Corporation, Hyundai RFMON Corporation, Apro Media Corporation, Samuel Lee, and Hirsch Capital

1  Corporation have filed a motion to dismiss, docket [19].  These motions are noticed for hearing on
2  October 7, 2009, at 9:30 a.m.
3      In accordance with Civil Local Rule 73-1, all parties who have not already done so are
4  directed to file their consents or declinations to magistrate judge jurisdiction no later than
5  **September 4, 2009**.

7      IT IS SO ORDERED.

9  Dated:    8/24/09

   _____
   RICHARD SEEBORG
   UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09-CV-3330 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2