1 | Dennis Brown, CSBN 70284
2 | Henry Chuang, CSBN 250628
   | 111 North Market Street, Suite 1010
3 | San Jose, CA 95113

4 | Attorneys for Defendants:
   | Hyundai Syscomm Corporation, Hyundai Syscomm Inc., Apro Media Corporation, Hirsch Group, LLLP, Hirsch Capital Corporation, Hyundai RFMon Coporation, Samuel Lee, Jack Choe, David
5 | Choe, Benjamin Byun, Wallace Benjamin Garst, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., a New York Corporation<br><br>          Plaintiffs,<br>v.<br><br>HYUNDAI SYSCOMM CORPORATION, a California corporation; HYUNDAI SYSCOMM INC., a Korean Company; APRO MEDIA CORPORATION, a Delaware corporation; APRO MEDIA CO., LTD, a Korean Company; HIRSCH GROUP LLLP, a Virginia Limited Liability Company; HIRSCH CAPITAL CORPORATION, a California Corporation; HYUNDAI RFMON CORPORATION, a California Corporation; SAMUEL LEE; JACK CHOE; BENJAMIN BYUN; WALLACE BENJAMIN GARST, JR.; DAVID CHOE; AND does 1 through 50;<br><br>          Defendants. | CASE NO.:  C 09-03330-RS<br><br>STIPULATION TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION<br><br>[L.R. 6-1(a)]<br><br>Judge:    Honorable Richard Seeborg<br><br>Complaint Filed:  July 21, 2009<br>Trial Date: |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

This stipulation is made pursuant to Local Rule 6-1(a) and is made between Plaintiff MSGI Security Solutions, Inc. (hereinafter "MSGI") and Defendants Hyundai Syscomm Corporation, Apro Media Corporation, Hirsch Group LLLP, Hirsch Capital Corporation, Hyundai RFMON Corporation, Samuel Lee, Jack Choe, Benjamin Byun, Wallace Benjamin Garst, Jr., and David

Choe (collectively known as "Defendants"), by and through their respective counsel. The parties herein, agree and stipulate as follows:

    A.   On or about July 21, 2009, this action was filed with the Northern District of California, San Jose Division.

    B.   On or about January 19, 2010, Plaintiff and Defendants participated in an ADR phone conference and agreed to participate in an early neutral evaluation ("ENE").

    C.   On or about July 22, 2010, the Court held a case management conference setting the case for ENE to be completed within 90 days, or October 20, 2010.

    D.   On or about September 7, 2010, Plaintiff's counsel moved to withdraw as attorney for Plaintiff and set a hearing for October 14, 2010.

    E.   On or about September 14, 2010, Walter J. Robinson was assigned by the Court as the Early Neutral Evaluator.

IT IS HEREBY STIPULATED by and between the parties to the above-entitled actions, through their respective counsel:

    1.   The parties agree that the deadline to complete ENE shall be extended from October 20, 2010 to December 6, 2010 to complete ENE.

Dated:  September 24, 2010                      **GCA LAW PARTNERS LLP**

                                                                   By   /s/

                                                                   Kathryn C. Curry
                                                                   Attorneys for MSGI SECURITY SOLUTIONS, INC.

1
2
3
4   Dated: September 24, 2010                                    **LAW OFFICES OF DENNIS D. BROWN**
5
6                                                                BY_____/s/_____
7
8                                                                  Dennis D. Brown
                                                                   Attorneys for Served Defendants
9   **AS GOOD CAUSE EXISTS, IT IS SO ORDERED:**
10
11  Dated:__9/24/10_____              _____
12                                                                 Honorable Judge Richard Seeborg
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
STIPULATION TO CONTINUE TIME TO COMPLETE EARLY NEUTRAL EVALUATION