*E-Filed 1/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., | **No. C 09-03330 RS** |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| HYUNDAI SYSCOMM CORPORATION, et al., | |
| Defendants. | |

On October 6, 2010, an order issued permitting counsel for plaintiff MSGI Security Solutions, Inc., to withdraw. The order advised MSGI that it cannot appear in this action except through counsel, and therefore it was to make arrangements to obtain new counsel promptly. No counsel has since appeared on behalf of MSGI. The record contains no indication that the parties participated in Early Neutral Evaluation as ordered, and it appears unlikely that there has been compliance with other case management deadlines. Accordingly, no later than February 25, 2011,

1

1  MSGI shall show cause why this action should not be dismissed, without prejudice, for failure to
2  prosecute.
3      Although MSGI may not appear except through counsel, for the limited purpose of
4  responding to this order to show cause, it may submit the declaration of an authorized representative
5  setting forth any efforts it has made to obtain counsel, and any reasons it may have that the action
6  should not be dismissed.  In the event that counsel for MSGI enters an appearance on or before
7  February 25, 2011, this order to show cause will automatically be discharged.  Pursuant to the order
8  permitting counsel to withdraw, service of this order on prior counsel shall constitute service on
9  MSGI, and prior counsel shall make all reasonable efforts to ensure that MSGI receives actual
10 notice of this order as promptly as possible.

IT IS SO ORDERED.

Dated: 1/20/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE