E-Filed 10/18/11*

WILLIAM J. GOINES (SBN: 61290)
ALICE Y. CHU (SBN: 264990)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.; chua@gtlaw.com

Attorneys for Plaintiff MSGI
Security Solutions, Inc.

DENNIS DEAN BROWN
LAW OFFICES OF DENNIS D. BROWN
111 N. Market Street, Ste. 1010
San Jose, Ca 95113-1112
Telephone:  (408) 277-0727
Email:  Ddb-law@pacbell.net

Attorney for Defendants Hyundai Syscomm Corporation,
Hyundai Syscomm Inc., Apro Media Corporation, Hirsch Group
LLLP, Hirsch Capital Corporation, Hyundai RFMON
Corporation, Samuel Lee, Jack Choe, Benjamin Byun, Wallace
Benjamin Garst, Jr., and David Choe

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| MSGI SECURITY SOLUTIONS, INC., a New York Corporation,<br><br>                     Plaintiff;<br>v.<br><br>HYUNDAI SYSCOMM CORPORATION, et al.,<br><br>                     Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C09-03330-RS<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES AND [PROPOSED] ORDER** |
|---|---|

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is pursuant to Civil L.R. 6-2 and is made between Plaintiff MSGI Security Solutions, Inc. (hereinafter "Plaintiff" or "MSGI") and Defendants Hyundai Syscomm Corporation, Hyundai Syscomm Inc., Apro Media Corporation, Hirsch Group LLLP, Hirsch Capital Corporation,

1  Hyundai RFMON Corporation, Samuel Lee, Jack Choe, Benjamin Byun, Wallace Benjamin Garst,
2  Jr., and David Choe (collectively known as "Defendants"), by and through their respective counsel.
3  The parties herein agree and stipulate as follows:

4      1.    On or about July 21, 2009, this action was filed with the Northern District of
5  California, San Jose Division;

6      2.    On February 15, 2011, William J. Goines of Greenberg Traurig, LLP entered an
7  appearance as counsel for Plaintiff;

8      3.    Pursuant to the Case Management Scheduling Order filed March 17, 2011 [ECF Doc.
9  #123]("March 17, 2011 Order"), the Court established the following discovery deadlines, with a trial
10 date set for July 23, 2012:

11     (a) Completion of non-expert discovery: October 30, 2011;

12     (b) Plaintiff's disclosure of expert testimony and reports: November 30, 2011;

13     (c) Defendants' disclosure of expert testimony and reports: December 30, 2011;

14     (d) Parties' disclosure of rebuttal expert disclosures and exchange of reports: January 30,
15 2012;

16     (e) Completion of expert witness discovery: March 15, 2012.

17     4.    The parties participated in a mediation with Walter J. Robinson on June 30, 2011 and
18 have maintained a continuous dialogue since that time to see if a mutually acceptable settlement of
19 Plaintiff's claims may be achieved;

20     5.    In light of their ongoing settlement discussions, the Parties believe that a 45-day
21 extension of the discovery deadlines in the March 17, 2011 Order will significantly aid their
22 settlement efforts such that the Parties may engage in additional settlement discussions and allocate
23 their time and resources to such discussions;

24     6.    This is the first request for extension of the dates set forth in the March 17, 2011
25 Order;

26     7.    The requested extensions will not affect other dates set forth in the March 17, 2011
27 Order;

28

8. Mediator Walter J. Robinson is continuing to work with the Parties and recommends extending the discovery deadlines to aid settlement efforts.

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their respective counsel, that the Court may enter an order extending by forty-five (45) days the current discovery deadlines as follows:

(a) Completion of non-expert discovery:

    Old Date: October 30, 2011

    New Date: December 14, 2011

(b) Plaintiff's disclosure of expert testimony and reports:

    Old Date: November 30, 2011

    New Date: January 13, 2012

(c) Defendants' disclosure of expert testimony and reports:

    Old Date: December 30, 2011

    New Date: February 13, 2012

(d) Parties' disclosure of rebuttal expert disclosures and exchange of reports:

    Old Date: January 30, 2012

    New Date: March 15, 2012

(e) Completion of expert witness discovery:

    Old Date: March 15, 2012

    New Date: April 30, 2012

Dated:  October 18, 2011.          Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ *William J. Goines*
    William J. Goines
Attorney for Plaintiff and Counter Defendant
MSGI Security Solutions, Inc.

Dated:  October 18, 2011.	LAW OFFICES OF DENNIS D. BROWN

By: /s/ *Dennis D. Brown*
Dennis D. Brown
Attorney for Defendants

### ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Dennis D. Brown has concurred in this filing.

Date:  October 18, 2011.	GREENBERG TRAURIG LLP

By: /s/ *William J. Goines*

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  10/18/11         .

Hon. Richard Seeborg
Judge, United States District Court

- 4 -	STIPULATION TO EXTEND DISCOVERY CUT-OFF AND [PROPOSED] ORDER
CASE NO.C09-03330-RS

SV 346,776,955v1