IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., | No. C 09-03330 |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| HYUNDAI SYSCOMM CORPORATION et. al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 11, 2013. Counsel for defendants failed to appear. A further Case Management Conference shall be held on **June 20, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The Court expects that, prior to this conference, all settlement documents will be finalized and filed with the Court. Otherwise, parties must be prepared to discuss moving the case forward. Counsel for defendant is directed to file a declaration no later than Thursday April 18, 2013 explaining his failure to appear at this morning's conference.

IT IS SO ORDERED.

DATED: 4/11/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT ORDER