IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., | No. C 09-03330 RS |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| v. | |
| HYUNDAI SYSCOMM CORPORATION, et al., | |
| Defendants. | |

Counsel for defendants failed to appear at a telephonic Case Management Conference held on April 11, 2013. An Order issued on April 12, 2013 directing counsel to submit a declaration explaining his failure to appear no later than April 18, 2013. Defense counsel failed to comply with this Order. Accordingly, defendants are directed to show cause why sanctions should not be imposed against defense counsel in this case. Defendants are hereby directed to file a written response to this order by May 24, 2013 explaining counsel's failure to respond to this Court's orders. A hearing will be held to determine whether good cause has been shown on May 30, 2013 at 1:30 p.m. Failure to respond to this Order may result in the entry of additional sanctions.

IT IS SO ORDERED.

Dated: 5/1/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE