1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN   DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., a New York Corporation, | Case No. C09-03330-RS |
| Plaintiff; | |
| v. | [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTERCLAIM |
| HYUNDAI SYSCOMM CORPORATION, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

The parties having stipulated to the voluntary dismissal of the above-entitled action, pursuant to Stipulation for Dismissal filed on July 29, 2013, and good cause appearing,

IT IS HEREBY ORDERED:

1.   This Action, including the Complaint and Counterclaim, is voluntarily dismissed without prejudice; and

2.   Each party shall bear its own attorneys' fees, costs and expenses incurred in connection with this litigation.

Dated: ___7/29/13_____

_____
Honorable Richard Seeborg
Judge of the United States District Court