UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSGI SECURITY SOLUTIONS, INC., a New York Corporation,<br><br>Plaintiff;<br><br>v.<br><br>HYUNDAI SYSCOMM CORPORATION, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C09-03330-RS<br><br>[PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTERCLAIM |

The parties having stipulated to the voluntary dismissal of the above-entitled action, pursuant to Stipulation for Dismissal filed on July 29, 2013, and good cause appearing,

IT IS HEREBY ORDERED:

1. This Action, including the Complaint and Counterclaim, is voluntarily dismissed without prejudice; and

2. Each party shall bear its own attorneys' fees, costs and expenses incurred in connection with this litigation.

Dated: 7/29/13

_____
Honorable Richard Seeborg
Judge of the United States District Court

ORDER REGARDING VOLUNTARY DISMISSAL
Case No. CV09-03330 RS
SV 347116412v1